# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER FINTON** | **CIV. ACTION NO. 3:21-03586** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LANCE L. BLACKFORD, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 30] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 8] filed by Plaintiff Christopher Finton and the Rule 12(b)(6) Motion to Dismiss [Doc. No. 25] filed by Defendant Delta Fuel Company, L.L.C., are hereby **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Christopher Finton's claims against Defendant Delta Fuel Company, L.L.C., are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 1st day of March 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE